## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: FRITZ, JAMES J.  
      FRITZ, DIANE

Case No. 08-09311

Chapter 7

Debtors

### NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street  
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/15/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building  
57 North Ottawa Street  
Joliet, IL 60432.  
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 11/24/2009          By: /s/BRADLEY J. WALLER
                                     Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178

UST Form 101-7-NFR (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: FRITZ, JAMES J.
      FRITZ, DIANE

Case No. 08-09311

Chapter 7

_____,
              Debtors

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 17,400.92 |
| *and approved disbursements of* | $ 250.00 |
| *leaving a balance on hand of* [1] | $ 17,150.92 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                           *Proposed Payment*

                                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 2,490.09 | $ 158.50 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                           *Allowed Amt. of Claim*   *Proposed Payment*

                          N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 62,470.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1-2 | Discover Bank/DFS Services LLC | $ 3,963.07 | $ 920.02 |
| 2 | Capital Recovery II | $ 2,727.82 | $ 633.26 |
| 3 | American Builders and Contractors | $ 34,845.08 | $ 8,089.21 |
| 4 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 15,261.60 | $ 3,542.95 |
| 5 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 1,510.87 | $ 350.74 |
| 6 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 4,161.78 | $ 966.15 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling $ 36,002.12 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 7 | White Marsh Anderson Vickers & Doeb | $ 24,787.46 | $ 0.00 |
| 8 | Sallie Mae | $ 11,214.66 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/BRADLEY J. WALLER
                         Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

```
BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514
```

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: mmiller              Page 1 of 1              Date Rcvd: Apr 17, 2008
Case: 08-09311                 Form ID: b9a               Total Served: 19

The following entities were served by first class mail on Apr 19, 2008.
db           +James J. Fritz,    2792 N. 2850th Road,    Marseilles, IL 61341-9548
jdb          +Diane Fritz,   2792 N. 2850th Road,    Marseilles, IL 61341-9548
aty          +Patrick A Meszaros,    Law Offices Of Patrick A Meszaros,    1100 W. Jefferson Street,
               Joliet, IL 60435-6814
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
12146182     +American Builders & Contractors Sup,    9203 N. 2nd Street,    P.O. Box 528,
               Roscoe, IL 61073-0528
12146184      Bank of America,    P.O. Box 17404,    Baltimore, MD 21297-1404
12146183     +Bank of America,    P.O. Box 17309,    Baltimore, MD 21297-1309
12146190      GMAC,   PO Box 380902,    Minneapolis, MN 55438-0902
12146191     +Harris Bank,    P.O. Box 6201,    Carol Stream, IL 60197-6201
12146192     +James J. Koepke,    Bolgrien, Koepke & Kimes, SC,    542 E. Grand Ave.,   Beloit, WI 53511-6314
12146193     +Morris Hospital,    Business Office,    150 West High St.,   Morris, IL 60450-1463
12146194      Sallie Mae Servicing,    P.O. Box 9500,    Wilkes Barre, PA 18773-9500
12146195      US Bank,    P.O. Box 7900415,    Saint Louis, MO 63179
12146196     +White Marsh Anderson Vickers & Doeb,    500 Etna Rd.,   Ottawa, IL 61350-1067

The following entities were served by electronic transmission on Apr 18, 2008.
12146184      EDI: BANKAMER2.COM Apr 17 2008 23:28:00      Bank of America,    P.O. Box 17404,
               Baltimore, MD 21297-1404
12146183     +EDI: BANKAMER2.COM Apr 17 2008 23:28:00      Bank of America,    P.O. Box 17309,
               Baltimore, MD 21297-1309
12146185     +EDI: CHASE.COM Apr 17 2008 23:28:00      Chase,   P.O. Box 52126,    Phoenix, AZ 85072-2126
12146186     +EDI: CHASE.COM Apr 17 2008 23:28:00      Chase Visa,    P.O. Box 15298,   Wilmington, DE 19850-5298
12146187      EDI: CHRYSLER.COM Apr 17 2008 23:27:00      Chrysler Financial,    P.O. Box 9001921,
               Louisville, KY 40290-1921
12146188      EDI: DISCOVER.COM Apr 17 2008 23:28:00      Discover,   Atten. Bankruptcy Dept.,   P.O. Box 30395,
               Salt Lake City, UT 84130-0395
12146189     +EDI: RMSC.COM Apr 17 2008 23:27:00      GE Money Bank,    P.O. Box 960061,   Orlando, FL 32896-0061
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 19, 2008           Signature: *Joseph Speetjens*